FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tyler Raymond Armes,<br><br>　　　　Defendant. | NO.:　CR-17-01385-PHX-DJH(MHB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 1542<br>　　　(False Statement in Application for Passport)<br>　　　Count One<br><br>　　　18 U.S.C. § 1028A(a)(1)<br>　　　(Aggravated Identity Theft)<br>　　　Count Two |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 7th day of March 2017, in the District of Arizona, the defendant, TYLER RAYMOND ARMES, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his true name was other than Tyler Raymond Armes, which statement he knew to be false.

In violation of Title 18, United States Code, Section 1542.

### COUNT TWO

On or about the 7th day of March 2017, in the District of Arizona, the defendant, TYLER RAYMOND ARMES, did knowingly use, without lawful authority, a means of

identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit a violation of 18 U.S.C. § 1542, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 17, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


/S/
JONATHAN R. HORNOK
Assistant U.S. Attorney